# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

Cecilia L. Barnes     Plaintiff(s),

vs.

Yahoo! Inc.     Defendant(s).

Case No: 6:05-CV-926-AA

**APPLICATION FOR SPECIAL ADMISSION - *PRO HAC VICE***

As local counsel in the above captioned case and in accordance with LR 83.3, I am recommending the following attorney for admission *pro hac vice*:

1. **Pro Hac Vice Attorney Certification:** I have read and understand the requirements of LR 83.3, and certify that the following information is correct:

   **(A) Personal Data:**

   (1) Name: Samir Jain

   (2) Firm or Business Affiliation: Wilmer Cutler Pickering Hale and Dorr LLP

   (3) Mailing Address, City, State and Zip Code: 2445 M Street, N.W. Washington, D.C. 20037

   (4) Business E-mail Address: samir.jain(at)wilmerhale.com

   (5) Business Telephone Number: 202-663-6000

   (6) Fax Telephone Number: 202-663-6363

   **(B) Bar Admissions Information:** I certify that I am now a member in good standing of the following State and/or Federal Bar Association:

   (1) State Bar Admissions: Name of court; admissions standing, date of admission, and BAR ID number. District of Columbia, Bar No. 456090 (10/97) California, Bar No. 181572

   (2) Federal Bar Admissions: Name of court; admissions standing, date of admission, and BAR ID number.
   United States District Court for the District of Columbia (7/10/00)
   United States Court of Appeals for the District of Columbia Circuit (6/15/01)
   United States Court of Appeals for the First Circuit (4/12/04)
   United States Court of Appeals for the Third Circuit (1/26/01)
   United States Court of Appeals for the Fifth Circuit (9/24/97)
   United States Court of Appeals for the Seventh Circuit (10/19/01)
   United States Court of Appeals for the Eighth Circuit (10/28/96)
   United States Court of Appeals for the Tenth Circuit (6/18/97)

May 26, 2005          Application for Special Admission - *Pro Hac Vice*
Page 1



(C) **Certification of Disciplinary Proceedings:**

<u> X </u>  I certify that I am not now, nor have I ever been, subject to any disciplinary action by any state or federal bar association or administrative agency; or,

___  I certify that I am now, or have been subject, to disciplinary action from a state or federal bar association or administrative agency. (Attach a letter of explanation to this application.)

(D) **Certification of Professional Liability Insurance:** I have a professional liability insurance policy which is current and will apply in this case, and that policy will remain in effect during the course of these proceedings. Yes.

(E) **Representation Statement:** I am representing the following party(s) in this case: Yahoo! Inc.

(F) **CM/ECF Registration:** Concurrent with approval of this *pro hac vice* application, I acknowledge that I will automatically be registered to access the court's Case Management/Electronic Case File system. (*See* ecf.ord.uscourts.gov). I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and LR 100. Yes.

2. **Certification of Associated Local Counsel:** I certify the information contained in this application is true, that I am member in good standing of the Bar of this Court, that I have read and understand the requirements of LR 83.3, and that I will serve as designated local counsel in this particular case.

DATED this _____ day of _____, 2005.

_Signature of Local Counsel_
Typed Name and Oregon State Bar ID Number
Firm or Business Affiliation
Mailing Address, City, State & Zip Code
Business E-mail Address
Business Telephone Number

Samir Jain    7/7/05 (date)
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street, N.W.
Washington, D.C. 20037-1420
202-663-6000
samir.jain(at)wilmerhale.com

Jeffrey A. Johnson (OSB No. 82292)
Cosgrave Vergeer Kester LLP
805 SW Broadway
8th Floor
Portland, OR 97205
jjohnson(at)cvk-law.com
503-323-9000

## COURT ACTION

__X__    Application approved subject to payment of fees
_____    Application approved and fee waived
_____    Application denied

7/13/05
Date

_____
United States District Judge

cc: Counsel of Record