UNITED STATES DISTRICT COURT

DISTRICT OF OREGON  FILED'05 JUL 13 15:02 USDC-ORE

| | | |
|---|---|---|
| Cecilia L. Barnes | Plaintiff(s), | |
| vs. | | Case No: 6:05-CV-926-AA |
| | | APPLICATION FOR SPECIAL ADMISSION - *PRO HAC VICE* |
| Yahoo! Inc. | Defendant(s). | |

As local counsel in the above captioned case and in accordance with LR 83.3, I am recommending the following attorney for admission *pro hac vice*:

1. **Pro Hac Vice Attorney Certification:** I have read and understand the requirements of LR 83.3, and certify that the following information is correct:

   **(A)** **Personal Data:**

   (1) Name: Patrick J. Carome

   (2) Firm or Business Affiliation: Wilmer Cutler Pickering Hale and Dorr LLP

   (3) Mailing Address, City, State and Zip Code: 2445 M Street, N.W.
   Washington, D.C. 20037

   (4) Business E-mail Address: patrick.carome(at)wilmerhale.com

   (5) Business Telephone Number: 202-663-6000

   (6) Fax Telephone Number: 202-663-6363

   **(B)** **Bar Admissions Information:** I certify that I am now a member in good standing of the following State and/or Federal Bar Association:

   (1) State Bar Admissions: Name of court; admissions standing, date of admission, and BAR ID number. Please see attached sheet.

   (2) Federal Bar Admissions: Name of court; admissions standing, date of admission, and BAR ID number. Please see attached sheet.

May 26, 2005 

Application for Special Admission - *Pro Hac Vice*
Page 1



(C)  **Certification of Disciplinary Proceedings:**

    __X__ I certify that I am not now, nor have I ever been, subject to any disciplinary action by any state or federal bar association or administrative agency; or,

    ___ I certify that I am now, or have been subject, to disciplinary action from a state or federal bar association or administrative agency. (Attach a letter of explanation to this application.)

(D)  **Certification of Professional Liability Insurance:** I have a professional liability insurance policy which is current and will apply in this case, and that policy will remain in effect during the course of these proceedings. Yes.

(E)  **Representation Statement:** I am representing the following party(s) in this case: Yahoo! Inc.

(F)  **CM/ECF Registration:** Concurrent with approval of this *pro hac vice* application, I acknowledge that I will automatically be registered to access the court's Case Management/Electronic Case File system. (*See* ecf.ord.uscourts.gov). I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and LR 100. Yes.

2.  **Certification of Associated Local Counsel:** I certify the information contained in this application is true, that I am member in good standing of the Bar of this Court, that I have read and understand the requirements of LR 83.3, and that I will serve as designated local counsel in this particular case.

DATED this ___ day of _____, 200_.

_(Signature of Local Counsel)_  
Typed Name and Oregon State Bar ID Number  
Firm or Business Affiliation  
Mailing Address, City, State & Zip Code  
Business E-mail Address  
Business Telephone Number  

Jeffrey A. Johnson (OSB No. 82292)  
Cosgrave Vergeer Kester LLP  
805 SW Broadway  
8th Floor  
Portland, OR 97205  
jjohnson(at)cvk-law.com  
503-323-9000  

Patrick J. Carome     7/7/2005 (date)  
Wilmer Cutler Pickering Hale and Dorr LLP  
2445 M Street, N.W.  
Washington, D.C. 20037-1420  
202-663-6000  
patrick.carome(at)wilmerhale.com

# COURT ACTION

X     Application approved subject to payment of fees
      Application approved and fee waived
      Application denied

7/13/05
Date

_____
United States District Judge

cc: Counsel of Record

# BAR ADMISSIONS OF PATRICK J. CAROME

Massachusetts Bar (No 542808)

District of Columbia Bar (No. 385676)

## COURT ADMISSIONS OF PATRICK J. CAROME

| Title of Court | Date of Admission |
|---|---|
| Supreme Judicial Court of Massachusetts | June 19, 1984 |
| District of Columbia Court of Appeals | January 16, 1985 |
| United States District Court for the District of Columbia | February 4, 1985 |
| United States Court of Appeals for the District of Columbia | January 14, 1987 |
| United States Court of Military Appeals | July 11, 1988 |
| United States Supreme Court | November 7, 1988 |
| United States Court of Appeals for the First Circuit | January 3, 2003 |
| United States Court of Appeals for the Second Circuit | October 16, 2001 |
| United States Court of Appeals for the Fourth Circuit | August 22, 1989 |
| United States Court of Appeals for the Ninth Circuit | September 9, 1992 |
| United States Court of Federal Claims | October 25, 1996 |
| United States Court of Appeals for the Eighth Circuit | March 20, 1997 |
| United States Court of Appeals for the Tenth Circuit | March 29, 1999 |
| United States District Court for the District of Colorado | December 6, 1999 |