Jeffrey A. Johnson, OSB No. 82292
Internet e-mail:jjohnson@cvk-law.com
COSGRAVE VERGEER KESTER LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

Patrick J. Carome
Internet e-mail:patrick.carome@wilmerhale.com
Samir Jain
Internet e-mail:samir.jain@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2445 M Street NW
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Counsel for Defendant Yahoo! Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CECILIA L. BARNES,** | Civil Action No. 6:05-CV-926-AA |
| **Plaintiff,** | |
| v. | **DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS** |
| **YAHOO! INC.,** | |
| **Defendant.** | |

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 83.16, I, the undersigned, counsel of record for Defendant Yahoo! Inc., certify that to the best of my knowledge and belief,

DISCLOSURE OF CORPORATE     1
AFFILIATIONS AND FINANCIAL INTERESTS

(1) The following are parent companies, subsidiaries or affiliates of Yahoo! Inc. which have any outstanding securities in the hands of the public:

Yahoo Japan Corporation; and

(2) There is no parent corporation or publicly held corporation that owns 10% or more of the stock of Yahoo! Inc.

Respectfully submitted,
  WILMER CUTLER PICKERING
  HALE AND DORR LLP

/s/ Patrick J. Carome

*Of Counsel*
Reginald Davis
Eulonda Skyles
Yahoo! Inc.
701 First Avenue
Sunnyvale, CA 94086

Patrick J. Carome
E-mail:patrick.carome@wilmerhale.com
Samir Jain
E-mail:samir.jain@wilmerhale.com
2445 M Street, NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

COSGRAVE VERGEER KESTER LLP
Jeffrey A. Johnson, OSB No. 82292
805 SW Broadway, 8th Floor
Portland, OR 97205
Telephone: (503) 323-9000
Fax: (503) 323-9019
E-mail: jjohnson@cvk-law.com

*Counsel for Yahoo! Inc.*

July 27, 2005

# CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing Disclosure of Corporate Affiliations and Financial Interests on the date indicated below by electronic mail

I further certify that the electronic service included the following attorney:

Thomas R. Rask III
Kell, Alterman & Runstein, LLP
520 SW Yamhill, Suite 600
Portland, OR
Tel: (503) 222-3531
Fax: (503_ 227-2980

*Of Attorneys for Plaintiff*

DATED: July 27, 2005

                                            /s/ Jeffrey A. Johnson
                                            Jeffrey A. Johnson