Barnes v. Yahoo, Inc. Doc. 14

Jeffrey A. Johnson, OSB No. 82292
Internet e-mail:jjohnson@cvk-law.com
COSGRAVE VERGEER KESTER LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205
Telephone:    (503) 323-9000
Facsimile:    (503) 323-9019

Patrick J. Carome
Internet e-mail:patrick.carome@wilmerhale.com
Samir Jain
Internet e-mail:samir.jain@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2445 M Street NW
Washington, D.C. 20037
Telephone:    (202) 663-6000
Facsimile:    (202) 663-6363

*Counsel for Defendant Yahoo Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CECILIA L. BARNES,** | Civil Action No. 6:05-CV-926-AA |
| **Plaintiff,** | |
| v. | **DEFENDANT YAHOO! INC.'S UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE** |
| **YAHOO! INC.,** | |
| **Defendant.** | |

UNOPPOSED MOTION TO EXTEND       1
DISCOVERY DEADLINE

Dockets.Justia.com

## I. L.R. 7.1 CERTIFICATION

Counsel for Defendant Yahoo! Inc., Patrick J. Carome and Samir Jain, and counsel for Plaintiff Cecilia L. Barnes, Thomas R. Rask III, have conferred in good faith regarding the issue presented in Defendant's motion, and counsel for the Plaintiff represented that the motion is not opposed.

## II. ISSUES

The issue presented by Defendant's motion is whether the discovery deadline of October 21, 2005, imposed by the Court's June 23, 2005 scheduling order, shall be extended until February 20, 2006.

## III. MOTION

Defendant Yahoo! Inc. moves the Court for an order extending the discovery deadline of October 21, 2005 until February 20, 2006.

## IV. SUPPORTING DOCUMENTS

In support of this motion, the Defendant relies on the enclosed Memorandum in Support of its Unopposed Motion to Extend Discovery Deadline.

Respectfully submitted,
WILMER CUTLER PICKERING
HALE AND DORR LLP

/s/ Patrick J. Carome
_____

| | |
|---|---|
| *Of Counsel* | Patrick J. Carome |
| Reginald Davis | E-mail:patrick.carome@wilmerhale.com |
| Eulonda Skyles | Samir Jain |
| Yahoo! Inc. | E-mail:samir.jain@wilmerhale.com |
| 701 First Avenue | 2445 M Street, NW |
| Sunnyvale, CA 94086 | Washington, DC 20037 |
| | Telephone: (202) 663-6000 |
| | Facsimile: (202) 663-6363 |

COSGRAVE VERGEER KESTER LLP
Jeffrey A. Johnson, OSB No. 82292
805 SW Broadway, 8th Floor
Portland, OR 97205
Telephone: (503) 323-9000
Fax: (503) 323-9019
E-mail: jjohnson@cvk-law.com

*Counsel for Yahoo! Inc.*

August 24, 2005