Jeffrey A. Johnson, OSB No. 82292
Internet e-mail:jjohnson@cvk-law.com
COSGRAVE VERGEER KESTER LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

Patrick J. Carome
Internet e-mail:patrick.carome@wilmerhale.com
Samir Jain
Internet e-mail:samir.jain@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2445 M Street NW
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Counsel for Defendant Yahoo Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CECILIA L. BARNES,** | Civil Action No. 6:05-CV-926-AA |
| Plaintiff, | |
| v. | **DEFENDANT YAHOO! INC.'S MEMORANDUM IN SUPPORT OF ITS UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE** |
| **YAHOO! INC.,** | |
| Defendant. | |

Defendant Yahoo!, Inc. ("Yahoo!") hereby submits this Memorandum in Support of its

Unopposed Motion To Extend Discovery Deadline, requesting that the Court extend the

MEMORANDUM IN SUPPORT OF     1
UNOPPOSED MOTION TO EXTEND
DISCOVERY DEADLINE

discovery deadline of October 21, 2005, imposed by the Court's June 23, 2005 scheduling order, until February 20, 2006. In support thereof, Yahoo! states as follows:

1. Under the present schedule in this case, the deadline for the parties to complete discovery is October 21, 2005.

2. On July 27, 2005, Yahoo! filed a Motion to Dismiss the Complaint, which, if granted, will dispose of this case entirely. Under the current deadline for completion of discovery, the parties would have no choice but to engage in burdensome and possibly costly discovery in advance of completion of briefing and the Court's consideration of Yahoo!'s motion to dismiss, even though such discovery will be unnecessary if Yahoo!'s motion is granted. Yahoo! therefore seeks an extension of the discovery deadline to avoid this inefficiency and cost.

3. Plaintiff's counsel has authorized Yahoo!'s counsel to state that he consents to the extension of the discovery deadline sought by this motion.

4. The granting of the requested extension will have no impact on any other existing deadlines, settings, or schedules in this case.

5. Yahoo! respectfully prays the Court grant this motion and enter an order extending the discovery deadline until February 20, 2006. A proposed order, agreed to by Yahoo! and the Plaintiff, is attached.

Respectfully submitted,
WILMER CUTLER PICKERING
HALE AND DORR LLP

/s/ Patrick J. Carome
_____

| | |
|---|---|
| *Of Counsel* | Patrick J. Carome |
| Reginald Davis | E-mail:patrick.carome@wilmerhale.com |
| Eulonda Skyles | Samir Jain |
| Yahoo! Inc. | E-mail:samir.jain@wilmerhale.com |
| 701 First Avenue | 2445 M Street, NW |
| Sunnyvale, CA 94086 | Washington, DC 20037 |
| | Telephone: (202) 663-6000 |
| | Facsimile: (202) 663-6363 |

COSGRAVE VERGEER KESTER LLP
Jeffrey A. Johnson, OSB No. 82292
805 SW Broadway, 8th Floor
Portland, OR 97205
Telephone: (503) 323-9000
Fax: (503) 323-9019
E-mail: jjohnson@cvk-law.com

*Counsel for Yahoo! Inc.*

August 24, 2005