IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**CECILIA L. BARNES,**  Civil Action No. 6:05-CV-926-AA

    **Plaintiff,**

v.  ORDER

**YAHOO! INC.,**

    **Defendant.**

_____

Upon consideration of Defendant Yahoo! Inc.'s Unopposed Motion to Extend Discovery Deadline, it is hereby ORDERED, this _____ day of August, 2005, that the motion is GRANTED, and that the parties' deadline for completing discovery is extended until February 20, 2006.

IT IS SO ORDERED.

Signed this ___ day of August, 2005.

_____

Honorable Ann Aiken

PROPOSED ORDER    1