Jeffrey A. Johnson, OSB No. 82292
Internet e-mail:jjohnson@cvk-law.com
COSGRAVE VERGEER KESTER LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205
Telephone:     (503) 323-9000
Facsimile:     (503) 323-9019

Patrick J. Carome
Internet e-mail:patrick.carome@wilmerhale.com
Samir Jain
Internet e-mail:samir.jain@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2445 M Street NW
Washington, D.C.  20037
Telephone:     (202) 663-6000
Facsimile:     (202) 663-6363

*Counsel for Defendant Yahoo Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CECILIA L. BARNES,** | Civil Action No. 6:05-CV-926-AA |
| **Plaintiff,** | |
| v. | **DEFENDANT YAHOO! INC.'S UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS** |
| **YAHOO! INC.,** | |
| **Defendant.** | |

UNOPPOSED MOTION TO EXTEND         1
TIME TO FILE REPLY BRIEF IN
SUPPORT OF MOTION TO DISMISS

## I. L.R. 7.1 CERTIFICATION

Counsel for Defendant Yahoo! Inc. ("Yahoo!"), Patrick Carome, and counsel for Plaintiff Cecilia L. Barnes, Thomas R. Rask III, have conferred in good faith regarding the issue presented in Yahoo!'s motion, and counsel for the Plaintiff represented that the motion is not opposed.

## II. ISSUES

The issue presented by Yahoo!'s motion is whether the Yahoo!'s deadline for filing its reply brief in support of its motion to dismiss shall be extended until September 28, 2005.

## III. MOTION

Yahoo! moves the Court for an order extending the time for it to file its reply brief in support of its motion to dismiss until September 28, 2005.

## IV. SUPPORTING DOCUMENTS

In support of this motion, Yahoo! relies on the enclosed Memorandum in Support of its Unopposed Motion to Extend Time To File Reply Brief in Support of Motion to Dismiss.

Respectfully submitted,
WILMER CUTLER PICKERING
HALE AND DORR LLP

/s/ Patrick J. Carome
_____

*Of Counsel*
Reginald Davis
Eulonda Skyles
Yahoo! Inc.
701 First Avenue
Sunnyvale, CA 94086

Patrick J. Carome
E-mail:patrick.carome@wilmerhale.com
Samir Jain
E-mail:samir.jain@wilmerhale.com
2445 M Street, NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

COSGRAVE VERGEER KESTER LLP
Jeffrey A. Johnson, OSB No. 82292
805 SW Broadway, 8th Floor
Portland, OR 97205
Telephone: (503) 323-9000
Fax: (503) 323-9019
E-mail: jjohnson@cvk-law.com

*Counsel for Yahoo! Inc.*

September 14, 2005