IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CECILIA L. BARNES,** | Civil Action No. 6:05-CV-926-AA |
| **Plaintiff,** | |
| v. | ORDER |
| **YAHOO! INC.,** | |
| **Defendant.** | |

Upon consideration of Defendant Yahoo! Inc.'s Unopposed Motion to Extend Time To File Reply Brief in Support of Its Motion to Dismiss, it is hereby ORDERED, this _____ day of September, 2005, that the motion is GRANTED, and that Yahoo!'s deadline to file its reply brief in support of its motion to dismiss is September 28, 2005.

IT IS SO ORDERED.

Signed this ___ day of September, 2005.

_____
Honorable Ann Aiken

PROPOSED ORDER                    1