# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

CECILIA L. BARNES,

               **Plaintiff,**

            **v.**                                  **Civil No. 05-926-AA**

YAHOO!, INC., a Delaware corporation,

               **Defendant.**

## JUDGMENT

This action is dismissed.

Dated: November 8, 2005.

                            Donald M. Cinnamond, Clerk

                  by:    /s/ Leslie Engdall
                          Leslie Engdall, Deputy

**JUDGMENT**                                              **DOCUMENT NO:** _____