Thomas R. Rask III, OSB Bar No. 93403
trask@kelrun.com
KELL, ALTERMAN & RUNSTEIN, L.L.P.
ATTORNEYS AT LAW
520 SW YAMHILL, SUITE 600
PORTLAND, OR 97204
TELEPHONE (503) 222-3531
FACSIMILE (503) 227-2980
Attorneys for Plaintiff

FILED'05 DEC 05 16:04 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CECILIA L. BARNES, | Case No. _____ |
| Plaintiff, | District Court Case No.: 6:05-CV-926-AA |
| v. | **NOTICE OF APPEAL** |
| YAHOO!, INC., a Delaware corporation, | |
| Defendant. | |

Notice is hereby given that Cecilia L. Barnes, sole plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment in the District Court in favor of defendant Yahoo!, Inc. and against plaintiff Cecilia L. Barnes dismissing plaintiff's claims with prejudice. The judgment was entered in this action on November 8, 2005.

NOTICE OF APPEAL

KELL, ALTERMAN & RUNSTEIN, L.L.P.
ATTORNEYS AT LAW
520 SW YAMHILL SUITE 600
PORTLAND, OR 97204
TELEPHONE (503) 222-3531
FACSIMILE (503) 227-2980

The parties to the judgment appealed from and the names and addresses of their respective attorneys are as follows:

**CECILIA L. BARNES**
Thomas R. Rask, III, OSB No. 93403
trask@kelrun.com
Kell, Alterman & Runstein, L.L.P.
520 SW Yamhill, Suite 600
Portland, OR 97204-1329
Telephone: (503) 222-3531
Fax: (503) 227-2980

**YAHOO!, INC., a Delaware corporation**
Jeffrey A. Johnson, OSB No. 82292
jjohnson@cvk-law.com
Cosgrave Vergeer Kester, LLP
805 SW Broadway, 8th Flr.
Portland, OR 97205-3344
Telephone: (503) 323-9000
Fax: 323-9019

Patrick J. Carome
patrick.carome@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street NW
Washington, DC 20037-1487
Telephone: (202) 663-6610
Fax: 202) 663-6363

DATED this 5th day of December, 2005.

KELL, ALTERMAN & RUNSTEIN, L.L.P.

By: _____
**THOMAS R. RASK, III**
OSB NO. 93403
(503) 222-3531
**Attorney for Appellant**
**(Plaintiff Cecilia L. Barnes)**

NOTICE OF APPEAL                                          Page 2

KELL, ALTERMAN & RUNSTEIN, L.L.P.
ATTORNEYS AT LAW
520 SW YAMHILL SUITE 600
PORTLAND, OR 97204
TELEPHONE (503) 222-3531
FACSIMILE (503) 227-2980