# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CECILIA L. BARNES, )<br>)<br>       Plaintiff )<br>)<br>v.                         )<br>)<br>YAHOO!, INC.,          )<br>)<br>       Defendant. )| C.A. No. 05-36189<br>U.S.D.C. No. 05-926-AA<br><br>**CERTIFICATE OF RECORD**<br>Transcript for: None Ordered<br>Filed on: |

    This certificate is submitted in conformance with U.S. Court of Appeals for the Ninth Circuit Rule 11-2. The record on appeal, consisting of the reporter's transcripts (if any) and the U.S. District Court Clerk's record is ready for the purpose of the appeal. This record is available for use by the parties in the office of the U.S. District Court Clerk.

    The documents comprising the District Court Clerk's Record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedure. These document numbers are reflected on the district court docket sheet and should be used for reference purposes in the briefs.

    The actual filing date for this document in the U.S. Court of Appeals will initiate the briefing schedule in Civil appeals, except those cases in the prebriefing conference cases. Appeals in habeas corpus and 28 USC § 2255 Motion to Vacate Sentence Cases are treated as civil appeals in the Court of Appeals. <u>Criminal</u> appeals briefing schedules have been set by Time Schedule Order and a new schedule will be issued upon the filing of this document. In civil cases all parties will receive separate notification of this filing date from the Court of Appeals.

    Dated: January 3, 2006

                                                      DONALD M. CINNAMOND, CLERK

                                      By   /s/ C.Pew
                                                C. Pew, Deputy Clerk

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

### OFFICE OF THE CLERK

UNITED STATES COURTHOUSE-FEDERAL BLDG
211 EAST SEVENTH AVENUE, SUITE 100
EUGENE, OREGON 97401
(541) 465-6423

**DONALD M. CINNAMOND**
**CLERK OF COURT**

**CRAIG A. STARR**
**DIVISION MANAGER**

January 3, 2006

Thomas R. Rask, III
Kell, Alterman & Runstein, LLP
520 SW Yamhill, Suite 600
Portland, OR  97204-1329

Re:    Cecilia L. Barnes v. Yahoo!, Inc.
       C.A. No.:   05-36189
       USDC No.:   05-926-AA

Dear  Mr. Rask:

   Enclosed is a copy of the Certificate of Record which has been submitted to the Court of Appeals for the Ninth Circuit by this office.

                              DONALD M. CINNAMOND, CLERK

                                     /s/ C. Pew
                         By     C. Pew
                                Deputy Clerk


Enclosures

cc:    Ninth Circuit Court of Appeals
       Jeffrey A. Johnson